**CITY OF NASSAU BAY, Petitioner,**

v.

**CITY OF WEBSTER et al., Respondents.**

No. B–9653.

Supreme Court of Texas.

Nov. 12, 1980.

McConnico, Gregg & Jones, Dick H. Gregg, Jr., Houston, for petitioner.

Sears & Burns, Robert L. Burns, Houston, for respondent.

PER CURIAM.

The application for writ of error is refused, no reversible error.

This action should not be interpreted as an approval of the writing of the Court of Civil Appeals that Tex.Rev.Civ.Stat. Arts. 1183–1187, governing the annexation of navigation areas, apply only to cities acting under special charters. We reserve this question. *See* 600 S.W.2d 905.